UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Civil No. 07-127-P-S |
| SIXTEEN THOUSAND NINE ) | |
| HUNDRED FORTY-TWO DOLLARS ) | |
| AND TWENTY-FIVE CENTS ) | |
| ($16,942.25) IN U.S. CURRENCY, ) | |
| ) | |
| Defendant-In-Rem | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 10, 2007, her Recommended Decision (Docket No. 10). Claimant, Easton Anthony Wilson, filed his Objection to the Recommended Decision (Docket No. 11) on October 24, 2007. The Government filed its response to Claimant's Objection (Docket No. 12) on November 9, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Claimant's Motion to Dismiss Or in the Alternative Motion for Summary Judgment (Docket No. 6) is **DENIED**.

/s/George Z. Singal  
Chief U.S. District Judge

Dated: November 15, 2007