UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 7-127-P-S |
| | ) | |
| $16,942.25 CURRENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDED DECISION**

EastonWilson has filed a pro se motion requesting this court to "dismiss this civil action, as he no longer wishes to pursue it."  The United States has responded by requesting that Wilson be defaulted as he has failed to file a timely answer to the complaint.  Obviously, Wilson cannot dismiss the entire civil action because he is not the plaintiff in this case.  I take his response as his answer to the complaint, that being that he intends to offer no further opposition to the complaint for forfeiture.   I recommend the Court enter a judgment of forfeiture in favor of the Government, if that is what the Government wants, because no one opposes this complaint for forfeiture at this time and the entire matter should be concluded.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within ten (10) days of being served with a copy thereof.  A responsive memorandum and any request for oral argument before the district judge shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

May 22, 2008                          /s/ Margaret J. Kravchuk
                                      U.S. Magistrate Judge