# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>$16,942.25 CURRENCY, et al, )<br>)<br>**Defendants** ) | Civil No.   07-127-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 30) filed May 22, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Government will file with the Court a form of Judgment of Forfeiture in the amount sought in the complaint and which will be entered on the Court's docket.

  /s/ George Z. Singal       
Chief United States District Judge

Dated this 13th day of June, 2008.