UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Civ. No. 07-127-P-S |
| | ) |
| SIXTEEN THOUSAND NINE HUNDRED | ) |
| FORTY-TWO DOLLARS AND TWENTY-FIVE | ) |
| CENTS ($16,942.25) IN UNITED STATES CURRENCY, | ) |
| | ) |
| DEFENDANT-IN-REM. | ) |

## DECREE OF FORFEITURE

WHEREAS, on July 18, 2007, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 21, United States Code, § 881(a)(6) ; and

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on July 26, August 2 and August 9, 2007, notice of this action was published in the Kennebec Journal, a newspaper of general circulation, as evidenced by the previously filed declaration of publication;

WHEREAS, on July 27, 2007, Easton Wilson was served with the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice;

WHEREAS, Easton Wilson (hereafter "claimant") filed a claim on about August 8, 2007;

WHEREAS, on August 16, 2007, claimant filed a motion to dismiss and/or motion for summary judgment;

WHEREAS, on September 5, 2007, the government filed it's opposition to claimant's motion;

WHEREAS, on October 10, 2007, the Magistrate Judge issued a recommended decision denying claimant's motion to dismiss;

WHEREAS, on October 24, 2007, claimant objected to the recommended decision;

WHEREAS, on November 9, 2007, the government filed it's response to claimant's objection to the recommended decision;

WHEREAS, on November 15, 2007, the court denied claimant's motion to dismiss and adopted the recommended decision of the Magistrate Judge;

WHEREAS, on November 26, 2007, claimant filed a notice of [interlocutory] appeal to the First Circuit Court of Appeals;

WHEREAS, on December 27, 2007, the government filed a motion to stay the civil case pending the outcome in the First Circuit;

WHEREAS, on January 10, 2008, the claimant filed his response to the government's motion to stay;

WHEREAS, on January 22, 2008, the government filed its reply to claimant's response;

WHEREAS, on January 24, 2008, the court granted the government's motion to stay;

WHEREAS, on February 14, 2008, the First Circuit dismissed claimant's interlocutory appeal;

WHEREAS, on April 11, 2008, this court docketed the mandate from the First Circuit;

WHEREAS, on April 29, 2008, the court entered an amended scheduling order ordering, among other things, that the claimant file an answer within 20 days of April 29, 2008;

WHEREAS, on May 8, 2008, the claimant filed a *pro se* motion to "dismiss" this action which the court construed as his answer;

WHEREAS, on May 20, 2008, the goverment filed its response to claimant's motion;

WHEREAS, on May 22, 2008, the Magistrate Judge issued a recommended decision recommending that judgment issue for the government;

WHEREAS, on June 13, 2008, the court affirmed the Magistrate Judge's recommended decision;

WHEREAS, no other persons or entities have filed a claim to the defendant-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the sum of $16,942.25 in United States currency is hereby forfeited to the United States of America;

**IT IS FURTHER ORDERED** that the United States of America will dispose of the forfeited property in accordance with law.

Date:  June 25, 2008

                                               **SO ORDERED,**

                                        /s/George Z. Singal_____
                                        George Z. Singal
                                        Chief Judge
                                        United States District Court